UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KOREEN GRUBE, individually and on behalf
of all others similarly situated,

        Plaintiff,

  v.                                Case No. 2:11-cv-00396

CERTAINTEED CORPORATION,

        Defendant.

## ORDER EXTENDING TIME TO ANSWER
## OR OTHERWISE PLEAD TO COMPLAINT

Upon the Stipulation between the parties agreeing to extend the time for the Defendant to answer or otherwise plead to the Complaint,

IT IS HEREBY ORDERED that the time within which Defendant must answer, move or otherwise plead to the Complaint in this case is extended until July 6, 2011.

Dated at Milwaukee, Wisconsin, this 25th day of May, 2011.

                                      BY THE COURT:

                                      *s/ Rudolph T. Randa*

                                      Honorable Rudolph T. Randa
                                      District Court Judge